## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIM. ACTION NO. 3:24-00246-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KENCUNYEA WARFIELD (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## O R D E R

The Report and Recommendation of the Magistrate Judge [Doc. No. 31] having been considered, no objections thereto having been filed,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 21] filed by Defendant Kencunyea Warfield is hereby **DENIED**.

MONROE, LOUISIANA, this 16th day of April 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE